TIMOTHY COURCHAINE
United States Attorney
District of Arizona
PETE ANDREW SABORI
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: pete.sabori@usdoj.gov
Attorneys for Plaintiff

FILED
2025 MAR 26 PM 1: 15
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR25-01618 TUC-JGZ(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | I N D I C T M E N T |
| Plaintiff, | VIOLATIONS: |
| vs. | 21 U.S.C. § 846<br>(Conspiracy to Possess with Intent to Distribute Methamphetamine)<br>Count 1 |
| Ian Thomas, | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)<br>(Possession with Intent to Distribute Methamphetamine)<br>Count 2 |
| Defendants. | |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

Beginning at a time unknown, to on or about January 28, 2023, in the District of Arizona, IAN THOMAS did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute a quantity of methamphetamine, or a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about January 28, 2023, in the District of Arizona, IAN THOMAS did knowingly and intentionally possess with intent to distribute a quantity of methamphetamine, or a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated:

REDACTED FOR PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/

PETE ANDREW SABORI
Assistant United States Attorney